**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 69 EAL 2017

                 Respondent    :

                                      :    Petition for Allowance of Appeal from
                                      :    the Order of the Superior Court

           v.                        :

                                      :

JEFFRY MCBRIDE,                   :

                 Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.